March 19, 1979

APPEAL No. 77-391. PASQUALINA SPAZIANO *v.* ARMAND SPAZIANO *et al.* The plaintiff appeared before us on March 7, 1979, in response to our order to show cause why her appeal should not be summarily dismissed on the ground of prematurity.

Since the plaintiff has shown cause, her appeal is hereby reassigned to the regular calendar. Chief Justice Bevilacqua did not participate. *Harry Weiss, William Rutzick,* Rhode Island Legal Services, Inc., for plaintiff. *William A. Gosz,* for defendants.